# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

| Plaintiff(s): | Defendant(s): |
|---|---|
| First Listed Plaintiff: | First Listed Defendant: |
| Brian Bendorf ; | KIA America, Inc., et. al. ; |
| **County of Residence:** Jackson County | **County of Residence:** Outside This District |
| | |
| Additional Plaintiff(s): | Additional Defendants(s): |
| Sara Bendorf ; | Hyundai Motor America ; |
| | Hyundai Kia America Technical Center, Inc. ; |

**County Where Claim For Relief Arose:** Jackson County

**Plaintiff's Attorney(s):**

Jonathan M Soper (Brian Bendorf)

221 W. Lexington, Suite 400
Independence, Missouri 64050
**Phone:** 8368966
**Fax:**
**Email:** jms@hfmlegal.com

Kenneth B McClain (Sara Bendorf)

221 West Lexington, Ste. 400
Independence, Missouri 64050
**Phone:** 18168365050
**Fax:**
**Email:** kbm@hfmlegal.com

Paul Anderson (Sara Bendorf)

221 W. Lexington Suite 400
Independence, Missouri 64050
**Phone:** 18168365050
**Fax:**
**Email:** pda@hfmlegal.com

Chelsea M Pierce (Sara Bendorf)

221 West Lexington, Ste. 400
Independence, Missouri 64050
**Phone:** 18168365050

**Defendant's Attorney(s):**

**Fax:**
**Email:** cmp@hfmlegal.com

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 999 Micellaneous Case

**Cause of Action:** Missouri Merchandising Practices Act, Mo. Ann. Stat. §§407.010 et seq., the Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301 et seq.,

**Requested in Complaint**
    **Class Action:** Class Action Under FRCP23
    **Monetary Demand (in Thousands):**
    **Jury Demand:** Yes
    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Jonathan M. Soper

**Date:** 07/21/2022

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.